UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC A. GONZALES | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. C-05-280 |
| | § | |
| CITY OF CORPUS CHRISTI, Officer | § | JURY |
| M. MORROW, #273, Officer M. GOCE | § | |
| #260; NUECES COUNTY, TEXAS, | § | |
| Deputy D. GARZA, #345__, Deputy J. | § | |
| ESCOBEDO #7347, Deputy C. GOMEZ, | § | |
| Deputy C. CASARES #7172, LT. E.B. | § | |
| HINOJOSA #5679, Sheriff LARRY | § | |
| OLIVAREZ, SR., H.E. BUTT GROCERY | § | |
| COMPANY, H.E.B. GROCERY | § | |
| COMPANY LP, general partner HEBCO | § | |
| GP, and ALFRED VILLARREAL, and | § | |
| IRMA CABRERA | § | |

## RULE 26(a)(1) INITIAL DISCLOSURES OF DEFENDANTS
## ESCOBEDO, GOMEZ, CASARES, AND HINOJOSA

To: William H. Berry, Jr., Gail D. C. Dorn, Attorneys at Law, P. O. Box 23064, Corpus Christi, Texas 78403; Van Huseman, Paul Dodson, Huseman & Pletcher, 600 Leopard Street, Suite 2100, Corpus Christi, Texas 78473; Carol Estes Bray, City Attorney, City of Corpus Christi, P.O. Box 9277, Corpus Christi, Texas 78469-9277; James F. McKibben, Jr., Hermansen, McKibben, Woolsey & Villarreal, LLP, 1100 Tower II, 555 N. Carancahua, Corpus Christi, Texas 78478; F. Edward Barker, Barker, Leon, & Fancher, Tower II, Ste. 1200, 555 N. Carancahua, Corpus Christi, Texas 78478; Douglas E. Chaves, Chaves, Resendez & Rivero, LLP, 802 N. Carancahua, Ste. 2100, Corpus Christi, Texas 78470; Ron Barroso, Attorney at Law, 5350 S. Staples St., Ste. 401, Corpus Christi, Texas 78411

In accordance with Federal Rule of Civil Procedure 26(a)(1) and with ¶ 7 of this Court's Scheduling Order, Defendants John Paul Escobedo, Christopher Allen Gomez, Carlos Casares, and Brenda Lynne Hinojosa ("Defendants") file their Initial Disclosures.

1

(A) The name, and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

**RESPONSE:**

John Paul Escobedo; Defendant; c/o Nueces County Sheriff's Department; 901 Leopard Street, Corpus Christi, Texas 78401; (361) 887-2222; has information relating to his interactions with Plaintiff at the Nueces County Jail during relevant time period and jail procedures;

Christopher Allen Gomez; Defendant; c/o Nueces County Sheriff's Department; 901 Leopard Street, Corpus Christi, Texas 78401; (361) 887-2222; has information relating to his interactions with Plaintiff at the Nueces County Jail during relevant time period and jail procedures;

Carlos Casares; Defendant; Defendant; c/o Nueces County Sheriff's Department; 901 Leopard Street, Corpus Christi, Texas 78401; (361) 887-2222; has information relating to his interactions with Plaintiff at the Nueces County Jail during relevant time period and jail procedures;

Brenda Lynne Hinojosa; Defendant; c/o Nueces County Sheriff's Department; 901 Leopard Street, Corpus Christi, Texas 78401; (361) 887-2222; has information relating to her interactions with Plaintiff at the Nueces County Jail during relevant time period and jail procedures;

Daniel V. Garza; Defendant; c/o Nueces County Sheriff's Department; 901 Leopard Street, Corpus Christi, Texas 78401; (361) 887-2222; has information relating to her interactions with Plaintiff at the Nueces County Jail during relevant time period and jail procedures;

Larry Olivarez, Sr.; Defendant; c/o Nueces County Sheriff's Department; 901 Leopard Street, Corpus Christi, Texas 78401; (361) 887-2222; has information relating to jail procedures;

Custodian of records for the Nueces County Sheriff's Department; Defendant; c/o Nueces County Sheriff's Department; 901 Leopard Street, Corpus Christi, Texas 78401; (361) 887-2222; has information and/or documents relating to Plaintiff's stay(s) at the Nueces County Jail;

Custodian of records for the Corpus Christi Police Department; c/o City of Corpus Christi Police Department; 321 John Sartain, Corpus Christi, Texas, 78401; (361) 886-2615; has information and/or documents relating to Plaintiff's arrest(s) by Corpus Christi Police Department officers;

Officer M. Morrow; Defendant; c/o City of Corpus Christi Police Department; 321 John Sartain, Corpus Christi, Texas, 78401; (361) 886-2615; has information regarding his interactions with Plaintiff and police procedures;

Officer M. Goce; Defendant; c/o City of Corpus Christi Police Department; 321 John Sartain, Corpus Christi, Texas, 78401; (361) 886-2615; has information regarding his interactions with Plaintiff and police procedures;

Irma Cabrera; Defendant; c/o Christus Spohn Memorial Hospital; 2606 Hospital Boulevard, Corpus Christi, Texas 78405; (361) 902-4000; has information regarding her interactions with Plaintiff at the Nueces County Jail and medical examination procedures at the jail;

Alfred Villarreal; Defendant; c/o H.E.B. Grocery Store #1, 4444 Kostoryz, Corpus Christi, Texas 78415; (361) 853-9831; upon information and belief, has information regarding Plaintiff's conduct on said premises prior to Plaintiff's arrest on June 3, 2004;

Eric A. Gonzales; Plaintiff; 3505 Heritage, Corpus Christi, Texas 78415; also c/o Bill Berry and Gail Dorn, Attorneys at Law; P.O. Box 23064, Corpus Christi, Texas 78403; (361) 888-5568;

The responding parties will supplement if further information becomes available in this area.

(B) A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

**RESPONSE:**

The undersigned counsel is in possession of documents pertaining to Plaintiff's custody at the Nueces County Jail, pertaining to the incident which presumably forms the basis of this lawsuit and a digital video disc that contains images from Plaintiff's stay at the Nueces County Jail on June 3rd and 4th, 2004. Such documents and tangible things are available for inspection and copying at a mutually acceptable date and time at the Rangel Law Firm, P.C., 615 Upper North Broadway, Suite 2020, Corpus Christi, Texas.

3

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**RESPONSE:**

    Not Applicable

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

**RESPONSE:**

    Not applicable

    Respectfully submitted,

    s/ Jorge C. Rangel
    Jorge C. Rangel
    **Attorney-in-Charge**
    Federal ID No. 5698
    State Bar No. 16543500
    Randall L. Meredith
    Federal ID No. 15322
    State Bar No. 00784591
    THE RANGEL LAW FIRM, P.C.
    615 Upper N. Broadway, Ste. 2020
    Corpus Christi, Texas 78403-2683
    Telephone: 361.883.8500
    Facsimile: 361.883.2611

OF COUNSEL:

**THE RANGEL LAW FIRM, P.C.**
615 Upper N. Broadway Suite 2020
Corpus Christi, Texas 78403-2683
Telephone: 361.883.8500
Facsimile: 361.883.2611

    **ATTORNEYS FOR DEFENDANTS DEPUTY JOHN PAUL ESCOBEDO, CHRISTOPHER ALLEN GOMEZ, CARLOS CASARES, AND BRENDA LYNNE HINOJOSA**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record listed below on this 8th day of July, 2005.

| | |
|---|---|
| William H. Berry, Jr. | _____ Via Hand Delivery |
| Gail D. C. Dorn | _____ Via Regular U.S. Mail |
| Attorneys at Law | _X_ Via CMRRR |
| P. O. Box 23064 | _____ Via Telecopy |
| Corpus Christi, Texas 78403 | |
| | |
| Van Huseman | _____ Via Hand Delivery |
| Huseman & Pletcher | _____ Via Regular U.S. Mail |
| 600 Leopard Street, Suite 2100 | _X_ Via CMRRR |
| Corpus Christi, Texas 78473 | _____ Via Telecopy |
| | |
| Carol Estes Bray | _____ Via Hand Delivery |
| City Attorney's Office | _____ Via Regular U.S. Mail |
| P.O. Box 9277 | _X_ Via CMRRR |
| Corpus Christi, Texas 78469-9277 | _____ Via Telecopy |
| | |
| Douglas E. Chaves | _____ Via Hand Delivery |
| Chaves, Resendez & Rivero | _____ Via Regular U.S. Mail |
| 802 N. Carancahua, Suite 2100 | _X_ Via CMRRR |
| Corpus Christi, Texas 78470 | _____ Via Telecopy |
| | |
| F. Edward Barker | _____ Via Hand Delivery |
| Barker, Leon & Fancher | _____ Via Regular U.S. Mail |
| 555 N. Carancahua, Ste. 1200 | _X_ Via CMRRR |
| Corpus Christi, Texas 78478 | _____ Via Telecopy |
| | |
| James F. McKibben | _____ Via Hand Delivery |
| Hermansen, McKibben, Woolsey & Villarreal | _____ Via Regular U.S. Mail |
| 555 N. Carancahua, Ste. 1100 | _X_ Via CMRRR |
| Corpus Christi, Texas 78478 | _____ Via Telecopy |
| | |
| Ron Barroso | _____ Via Hand Delivery |
| Attorney at Law | _____ Via Regular U.S. Mail |
| 5350 S. Staples St., Ste. 401 | _X_ Via CMRRR |
| Corpus Christi, Texas 78411 | _____ Via Telecopy |

s/ Jorge C. Rangel
Jorge C. Rangel
