AO 440 (REV. 10/93) SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT DISTRICT OF
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC A. GONZALES | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: |
| CITY OF CORPUS CHRISTI, Officer M. MORROW, #273, Officer M GOCE #260; NUECES COUNTY, TEXAS, Deputy D. GARZA, #345__, Deputy J. ESCOBEDO #7347, Deputy C. GOMEZ, Deputy C. CASARES #7172, LT. E. B. HINOJOSA #5679 Sheriff LARRY OLIVAREZ, SR., H. E. BUTT GROCERY COMPANY, H. E. B. GROCERY COMPANY LP, general partner HEBCO GP, and ALFRED VILLARREAL, and IRMA CABRERA | C5-280 |

TO: J. Escobedo #7347, c/o Deputy Sheriff at Nueces County Jail 901 Leopard Street, Corpus Christi, Texas 78401.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William H. Berry, Jr., Gail D. C. Dorn
P. O. Box 23064
Corpus Christi, Texas 78403-3064
(361) 888-5568, FAX: (361) 888-5578

an answer to the complaint which is hereby served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk of Court          JUN - 6 2005
CLERK                                      DATE

_(signature)_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (Print) Gail Dorn, P. O. Box 23064, Corpus Christi, Texas 78403-3064 | TITLE Attorney in Law Office of William H. Berry, Jr. |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of Person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____
Mailed on June 7, 2005, certified mail number 70040750000273119419 and the green card signed for on June 8, 2005, by Priscilla Chavez.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 5\80 | TOTAL 5\80 |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 15, 2005___   _____
              Date                   Signature of Server

P.O. Box 23064
Corpus Christi, Texas 78403-3064
Address of Server

---

[1] As to who may serve a summons see rule 4 of the Federal Rules of Civil Procedure.

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
CORPUS CHRISTI, TX 78401

| | | |
|---|---|---|
| Postage | $ 1.75 | UNIT ID: 0410 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KGYXX2 |
| Total Postage & Fees | $ 5.80 | 06/07/05 |

Sent To: J. Escobedo
Street, Apt or PO Box: Nueces County Jail
901 Leopard Street
City, State: Corpus Christi, Texas 78401

PS Form ...

Article Number: 7004 0750 0002 7311 9419

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J. Escobedo
   Nueces County Jail
   901 Leopard Street
   Corpus Christi, Texas 78401

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____  ☐ Agent  ☑ Addressee
B. Received by (Printed Name)   C. Date of Delivery: 6-2-08
D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0002 7311 9419

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540