**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| ERIC A. GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. C-05-280 |
| | § | |
| CITY OF CORPUS CHRISTI; | § | |
| OFFICER M. MORROW #273; | § | |
| OFFICER M. GOCE #260; NUECES | § | |
| COUNTY, TEXAS; DEPUTY D. | § | |
| GARZA #345; DEPUTY J. ESCOBEDO | § | |
| #7347, DEPUTY C. CASARES | § | |
| #7172; LT. E.B. HINOJOSA | § | |
| #5679; SHERIFF LARRY OLIVAREZ, | § | |
| SR.; H.E. BUTT GROCERY | § | |
| COMPANY; H.E.B. GROCERY | § | |
| COMPANY LP; GENERAL PARTNER | § | |
| HEBCO GP; ALFRED VILLARREAL; | § | |
| and IRMA CABRERA, | § | |
| | § | |
| Defendants. | § | |

**ORDER LIMITING DISCOVERY TO QUALIFIED IMMUNITY**

Pursuant to an agreement between the parties announced at the July 15, 2005 initial pretrial conference, discovery shall be limited to the issue of qualified immunity for a period of sixty (60) days from the date of this Order.  See Wick v. Miss. State Emp't Servs., 41 F.3d 991, 995 (5th Cir. 1995) (at the outset of a case against government officials acting in their official capacity, discovery should be tailored to uncover only those facts needed to rule on defendants' qualified immunity claims) (citing Lion Boulos v. Wilson, 834 F.2d 504, 507 (5th Cir. 1987) ("A defendant entitled to claim qualified immunity is shielded not only

from liability but also from the costs of trial and the burdens of broad-reaching discovery.")).

SIGNED and ENTERED this the 15th day of July, 2005.

_____
Janis Graham Jack
United States District Judge