United States District Court
Southern District of Texas
FILED

SEP 26 2005

Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF

## TEXAS

CASE NO.: CA-C-05-280

STYLE: Eric A. Gonzales v. City of Corpus Christi, et al

HEARD ON: 07/15/05

FILED ON: 09/26/05

<u>NO. OF PAGES:</u>  14

JUDGE: Janis Graham Jack

COURT REPORTER: Lori Cayce

TYPE OF HEARING: Initial Pretrial Conference