IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC A. GONZALES | § |
| | § |
| V. | § C.A. NO. C-05-280 |
| | § |
| CITY OF CORPUS CHRISTI, | § |
| et al. | § |

**ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO FILE
HIS RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT
FILED BY DEFENDANTS GARZA, ESCOBEDO, GOMEZ, CASARES, AND
HINOJOSA, ON OCTOBER 11, 2005, THE SUBMISSION
DATE SET FOR THE MOTION FOR SUMMARY JUDGMENT
FILED BY NUECES COUNTY AND SHERIFF OLIVAREZ**

On this day came on to be considered the Plaintiff's Unopposed Motion to File His Response to the Motions for Summary Judgment Filed by Defendants Garza, Escobedo, Gomez, Casares, and Hinojosa, on October 11, 2005, the Submission Date Set for the Motion for Summary Judgment Filed by Nueces County and Sheriff Olivarez. Plaintiff's Unopposed Motion to File His Response to the Motions for Summary Judgment Filed by Defendants Garza, Escobedo, Gomez, Casares, and Hinojosa, on October 11, 2005, the Submission Date Set for the Motion for Summary Judgment Filed by Nueces County and Sheriff Olivarez is DENIED.

ORDERED this 30th day of September, 2005.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE