IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC A. GONZALES, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. C-05-280 |
| § | |
| CITY OF CORPUS CHRISTI, § | |
| et al, § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

Pursuant to this Court's order granting in part and denying in part the motions for summary judgment by certain defendants, the Court dismisses with prejudice all of plaintiff's claims against defendants Christopher Gomez, Carlos Casares, and Brenda Hinojosa, and these defendants are dismissed from this lawsuit. The Court dismisses with prejudice plaintiff's § 1983 claims of deliberate indifference to serious medical needs, conspiracy, and ADA claims against John Escobedo and Daniel Garza, but retains plaintiff's claims of excessive force and intentional infliction of emotional distress against these two defendants. The Court dismisses with prejudice plaintiff's § 1983 medical care claims against Nueces County and Sheriff olivarez, as well as all state law claims against these defendants, but retains plaintiff's excessive force claim against the County. This is a Final Judgment.

ORDERED this 9th day of November, 2005.

_____
Janis Graham Jack
United States District Judge