IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ERIC A. GONZALES | * | |
| | * | C.A. No. 05-280 [2:05-cv-280] |
| VS. | * | |
| | * | |
| CITY OF CORPUS CHRISTI, Officer M. MORROW, #273, Officer M GOCE #260; NUECES COUNTY, TEXAS, Deputy D. GARZA, #345__, Deputy J. ESCOBEDO #7347, Deputy C. GOMEZ, Deputy C. CASARES #7172, LT. E. B. HINOJOSA #5679 Sheriff LARRY OLIVAREZ, SR., H. E. BUTT GROCERY COMPANY, H. E. B. GROCERY COMPANY LP, general partner HEBCO GP, and ALFRED VILLARREAL, and IRMA CABRERA | * * * * * * * * * * | Plaintiff Request a Jury Trial |

## PLAINTIFF'S EXHIBITS VOLUME III CONTAINING EXHIBITS RELATING TO DESIGNATION OF EXPERTS

TO THE JUDGE OF SAID COURT:

Comes now, Plaintiff Eric Gonzales and files this his Exhibits Volume III containing Exhibits relating to designation of Experts, due to be filed on February 17, 2006.

| Exhibit No. | Exhibit Date | Description of Exhibit |
|---|---|---|
| 40 | 1/11/2006 | Report of Robert H. (Tim) Phillips, with CV and billing statement. |
| 41 a. | 1/17/2006 | Report of Dr. R. H. Carey, DDS, with attached medical record |
| 41 b. | | Letter from Mr. Berry to Dr. Carey requesting report and opinions for reference. |

CERTIFICATE OF SERVICE: This is to certify that a true and correct copy of the foregoing pleading was this date delivered to counsel for Defendant **City of Corpus**

1

**Christi**, Carol Estes Bray, Texas Bar No. 06675500, Federal ID 4634, P. O. Box 9277, Corpus Christi, Texas 78469-9277, (361) 880-3364, FAX: (361) 880-3239; Defendants **Morrow, Goce** James F. McKibben, Texas Bar 13713000, Federal ID 914, 1100 Tower II, 555 North Carancahua, Corpus Christi, Texas 78478, (361) 882-6611, FAX: (361) 883-8353; Defendants **Nueces County, Olivarez**, Van Huseman, Texas Bar No. 10323500, Federal ID 1167, Paul Dodson, Texas Bar No. 05942000, Federal ID No., 600 Leopard Street, Suite 2100, Corpus Christi, Texas 78473, (361) 883-3563, Facsimile: (361) 883-0210; Defendants **Escobedo, Gomez, Casares, and Hinojosa**, Jorge C. Rangel, Texas Bar 16543500, Federal ID 5698, 615 Upper North Broadway, Suite 2020, Corpus Christi, Texas 78470, (361) 883-8500, FAX: (361) 883-2611; Defendant **Garza,** Ron Barroso, Texas Bar 01827600, Federal ID 368, 5350 South Staples, Suite 401, Corpus Christi, Texas 78411, (361) 994-7200, FAX: (361) 994-0069; Defendants **HEB, HEBCO, Villarreal,** Douglas E. Chaves, Texas Bar 04161400, Federal ID 1895, 802 North Carancahua, Suite 2100, Corpus Christi, Texas 78470, (361) 884-5400, FAX: (361) 884-5401; Defendant **Cabrera,** F. Edward Barker, Texas Bar 01741000, Federal ID 970, 555 North Carancahua, Suite 1200 Tower II, Corpus Christi, Texas 78478, (361) 881-9217, FAX: (361) 882-9437, on this the 17th day of January 2006.

Respectfully submitted,

| | |
|---|---|
| /s/ William H. Berry, Jr. | /s/ Gail D. C. Dorn |
| WILLIAM H. BERRY, JR. | GAIL D. C. DORN |
| Attorney in Charge for Plaintiff | Attorney for Plaintiff |
| P. O. Box 23064 | P.O. Box 23064 |
| Corpus Christi, Texas 78403 | Corpus Christi, Texas 78403 |
| (361) 888-5568; Facsimile: (361) 888-5578 | (361) 888-5568; Facsimile: (361) 888-5578 |
| Texas Bar No. 02251000 | Texas Bar Card No. 06007350 |
| Federal I.D. No. 1155 | Federal ID: 16311 |