Robert H. (Tim) Phillips  (281) 499-0182
3223 Northpark Drive
Missouri City, Texas 77459

Police Instructor/Public Safety Consultant

Gail Dorn
Attorney at Law
P.O. Box 2364
Corpus Christi, Texas 78403

Invoice# 011106

010606-Retainer- $2500.00 Total Amount Due: $0.00 Paid in full Check #4065
011106-Additional contract work performed-17 hours x $100.00 per hour.
0107-0109-Read all materials and documents provided-11 hours
0110-3 hours. Viewed CD from Nueces County Jail video
0111-3 hours. Produced report
Total Amount Due: $1700.00

# CURRICULUM VITAE
# ROBERT H. "TIM" Phillips

*Contact Information:*

Mailing Address: 3223 Northpark Drive, Missouri City, Texas 77459

Phone: 281-499-0182

E-mail:

*Education:*

T.C.L.O.S.E. Masters Peace Officer Certification

Currently completing B.A. in Criminal Justice (90 hours)

Southwest Missouri State University

Houston Community College

Wharton Jr. College

Texas State University @ San Marcos

*Professional Experience:*

0777-0799 Missouri City Police Officer

*Positions held:*

Patrol Officer

Patrol Sergeant

Detective

Tactical Crime Analysis

Fort Bend County Gang Task Force

Commander multi-agency S.W.A.T. team

Special Services of the office of Chief of Police (grade of Lieutenant)

*Specialized Training:*

Police Firearms Instructor, Texas Department of Public Safety, 1980

Dignitary Protection, United States Secret Service, 1980

Basic Special Weapons and Tactics, Houston Police Department, 1981

Advanced Special Weapons and Tactics, Federal Bureau of Investigation, 1982

Hostage Negotiation, Federal Bureau of Investigation, 1982

Criminal Profiling, Houston Police Department, 1999

*Awards:*

135 letters of commendation

100 Club Officer of the Year, 1982 & 1997

Officer of the Year, Stafford V.F.W. Post, 1982

Meritorious Service Award, 1991

Combat Cross, 1991


0799-102001 Contract Consultant with Fort Bend Independent School District (Safe and Drug Free School Personnel) Consultant/Presenter

0580-Present Staff Instructor @ Gus George Law Enforcement Academy

    Parent Awareness Training on Peer-Centered Culture

*Consulting:*

Fort Bend Independent School District
Independence, Missouri School District
Blue Springs, Missouri School District
Houston Independent School District
Deer Park School District
Clear Lake Independent School District
Somerville School District

*Court Testimony/Attorney Consultations*

Began consulting practice in May, 2004
1. Goodman v. Harris County et al CA. No. H-03-4198
   U.S. District Court of the Southern District of Texas Houston

Division
2. Marshall v. Valdez Civil Action No. 30-02-CV-1668-B
   United States District Court of the Northern District of Texas
   Dallas Division (November 2005)
3. Consultant in wrongful death suit in state court (June 2005)

***Presentation/Lectures/Teaching:***
Police firearms/Use of Force Instructor since 1980 through Gus George Law Enforcement Academy (presented to municipal and county agencies throughout 13 counties comprising Houston Galveston Area Council)
Arrest, Search & Seizure
Cultural Diversity
Mechanics of Arrest- Federal Customs Agents
Personal Protection Class for Women "End of Fear" since 1984
High Stress-Low Speed Pursuit Driving
Prevention presentations on campus violence and significant drug and alcohol use for school districts listed above
Awareness training for parents/staff @ faith-based institutions since 1999
First Offender Teen Intervention Alternative Sentencing Presentation in Fort Bend, Wharton, Harris, and Matagorda counties since 1999
Citizens Police Academy 1986-1999
"Street Smart" modified "stranger danger" presentations in all 37 elementary schools in Fort Bend Independent School District
"Parent to "Parent" Drug and Contemporary Youth Culture Awareness training for parents 1999-2001
"Bully Proofing Your School" Fort Bend ISD 199-2001
"End of Fear" Personal Protection Presentation for women:
Reliant Energy
Fort Bend Women's Shelter
Fort Bend County Library System
Rosenberg Business & Professional Women
Numerous faith-based and women's organizations
"Dealing with Difficult People": Fort Bend County Employees October 2003
Presentation for Laser.shot: Company that manufactures portable computerized firearms training simulators- June 2004
Use of Force/Mechanics of Arrest-Basic Peace officer certification class- Angelina College August-September 2004

***Professional Affiliations (Past & Present)***

American Society of Law Enforcement Trainers
Texas Municipal Police Association
Texas Narcotics Officers Association
Texas Gang Officers Association
Board of Directors Fort Bend YMCA
Board of Directors Fort Bend Women's Shelter
Advisory Council Member Fort Bend Child Advocates Center
Classis Delegate Christian Reformed Church Denomination
Missouri City Police Officers Association
Board of Directors for Cross In The City ( a gang intervention ministry)

## *Publications:*

"End of Fear", Quarterly Times 1990
"End of Fear", The Inside Track 1990
"Learning to beat the odds", Herald coaster 1991
"Bridging the Divide/Parenting In A Peer-Centered Culture", Youth Worker Magazine, 2001
Monthly column Quail Valley Monthly 1995-1999
Article accepted for publication in Law & Order magazine, "The Evolution of the Police Officer's role in American Society as it relates to the Use of Force",
"I Want My Son Back", "In Da Hood" gang intervention newsletter, 2000

## *Radio Television Newspaper/Interviews and Profiles*

Law and Order magazine 1987, "Citizens Police Academies"
Houston Chronicle, "Citizens Police Academies", 1988
Channels 2, 11, 13, and 26 Houston television news reports on "Shoot Don't Shoot" judgment scenarios, 1994
Personal Protection for Women profile, Houston Chronicle 1990
Personal Protection for Women article, Herald Coaster 1991
Personal Protection for Women article, Fort Bend Advocate 1991
Profile on Parent Awareness Training Presentation, Fort Bend Star 120104