

**R. H. CAREY, D.D.S., INC.**
729 Everhart
Corpus Christi, Texas 78411
Telephone 992-7591

Gail C. Dorn
Attorney At Law
P.O. Box 23064
Corpus Christi, TX 78403

RE: Requested report on Eric Gonzales.

1. Graduated from Baylor Dental School in 1966. Following completion of internship in general dentistry, I served two years in the U.S. Navy as a general dentist. I have been a licensed dentist in the state of Texas since 1966. I successfully complete the continued education as required annually by the Texas State Board of Dental Examiners.
2. Mr. Eric Gonzales was seen in my office on one occasion only on August 5, 2005. At that time an initial oral exam and full mouth radiographs were preformed. Mr. Gonzales stated that he had not been to a dentist since childhood and his oral condition reflected his treatment history. Oral and radiographic examination revealed the following:
    A. Generally good teeth with few existing restorations or cavities.
    B. Class IV periodontal disease manifested by generalized bleeding, purulence, periodontal pocketing of 4-6mm throughout and resultant moderate alveolar bone loss involving his posterior teeth.
    C. Tooth #9 (upper left central incisor) had sustained a Class II fracture (one half of the tooth missing with no nerve involvement)
    D. Tooth #10 (upper left lateral incisor) had sustained a Class III fracture (3/4 of the tooth missing with nerve involvement)
    E. Radiographs revealed a periapical abscess on the root tip of tooth #10
3. Mr. Gonzales did not offer to reveal the cause of the damage to his front teeth. Following my examination, it was obvious that Mr. Gonzales had sustained a traumatic blow of some sort, to his anterior teeth. Due to the presence and size of the radiolucency above tooth #10, the trauma to his teeth was sustained several months prior to the dated of examination. In my opinion, the condition of Mr. Gonzales' front teeth, when examined by our office on August 5, 2005 could very likely have been the result of the injury sustained from the incident as described on June 3, 2004.
4. Since it has been 5 months since the initial examination, it is impossible to recommend a treatment plan at the present time. However, the treatment plan immediately following the exam in August of 2005 was as follows:
    1. Periodontal treatment to entire mouth.
    2. Extract tooth #10 (upper left lateral incisors)
    3. Temporary fixed plastic bridge replacing tooth #10 during healing phase (approximately 2 months)
    4. Final, porcelain fused to metal, fixed bridge replacing the lost tooth.
    5. Cost of visit on August 5, 2005 was $115. Estimated cost to treat the patient's current condition, if substantially unchanged from August 5, 2005, would be approximately $4100.00


EXHIBIT 41a





6. Yes
7. No convalescent time or permanent damage should result from this treatment. This treatment may not last Mr. Gonzales' life span. More than likely, a replacement bridge would be required much later in life.
8. The knowledge and experience gained from 39 years of practicing general dentistry gives me reason to believe the diagnosis and treatment plan recommended would be the best for the patient. The information and background regarding this case was derived only from the initial exam and dental history given to me by Mr. Gonzales at that time.
9. A full mouth radiographic exam and oral charting was preformed on August 5, 2005
10. Previously stated
11. This report fee will be $250.00. Deposition or court appearance fee $1000.00 per day.
12. None

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST NAME | | | FIRST NAME | | | MIDDLE INITIAL | BIRTH DATE | AGE | HOME PHONE NO. | | BUSINESS PHONE NO. | | | | |

**LAST NAME:** Gonzalez  
**FIRST NAME:** Eric  
**BIRTH DATE:** 3/1/41

GUARDIAN ___ OCCUPATION ___ REFERRED BY ___ INSURANCE COMPANY ___

### MEDICAL HISTORY
- PHYSICIAN ___ PHONE NO. ___
- TREATMENT FOR ___
- MEDICINES ___
- ALLERGIES ___
- MEDICAL CONSIDERATIONS OR ALERTS ___

### DENTAL HISTORY
- LAST DENTAL VISIT ___ TREATMENT ___
- APPREHENSION INDEX ___ SPECIFIC DISLIKE ___
- ANEST ___ H₂O ___ FMX ___ SM ___
- PERIO. HISTORY ___ BRUSHING HISTORY ___
- CARIES INCIDENCE ___ ATTITUDE ___
- REMARKS:

### CLINICAL EXAM
1.) HEAD AND NECK: SKIN ___
2.) SOFT TISSUE: LIPS ___ CHEEK ___ VESTIBULE ___ TONGUE ___
3.) PERIODONTAL TISSUE: GENERAL ___ POCKETING ___ PURULENCE ___ HEMORRHAGE ___
   TEXTURE ___ COLOR purple ___ RECESSION ___ CALCULUS ___ OH INDEX V.V Poor
4.) OCCLUSION: OVERJET ___ OVERBITE ___ ANT CROWDING ___ CUSPID GUIDANCE ___
   DISCREPENCY BETWEEN BITE AND CENTRIC OCC ___ PREMATURING, BALANCING, INTERFERENCE, ETC. ___
   EVIDENCE OF BRUXISM, ETC. ___ CUSPID GUIDANCE ___ MOBILITY ___ TMJ ___
   MUSCULATURE ___ HABITS ___ OCC. EQUIL. NEEDED ___ OCC. BITE GUARD ___
5.) TEETH: GENERAL ___

### REMARKS
Gd at x 1  
Cl. II r...  
Cl. III occl.

### TEETH CODE
- ABRASION - AB
- PERCUSSIVE TENDERNESS - PT
- PIM BUILD UP - PB
- BUILD-UP - BU
- POST BUILD-UP - PO
- ROOT CANAL - RC
- IMPACTED - I
- PERICORONITIS - PC
- NON-VITAL - NV
- FISTULOUS TRACT - FT
- PULPOTOMY - P
- NUVA - N
- WATCH - W
- FRACTURE - FX
- SUPER ERUPTED - SE
- RESIN INLAY - RI
- PORCELAIN VENEER - PV
- RESIN VENEER - RV

Form 202

|   | RESTORATIONS AND TREATMENTS COMPLETED | | | | | | | | | | | | | | | | SUBSEQUENT TREATMENT | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |

| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

REMARKS: _____    REMARKS: _____

| DATE | TOOTH | SERVICE | CHARGE | DATE | TOOTH | SERVICE | CHARGE |
|---|---|---|---|---|---|---|---|
| 8-05-05 | | EXAM, FMX | | | | | |