IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC A. GONZALES, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. C-05-280 |
| § | |
| CITY OF CORPUS CHRISTI, § | |
| et al, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to this Court's order granting in part, and denying in part, defendant Officer Matthew Morrow's motion for partial summary judgment, the Court dismisses with prejudice plaintiff's claims under § 1983 for unlawful detention and deliberate indifference to serious medical needs; plaintiff's § 1985 conspiracy claim; and plaintiff's ADA claims against defendant Matthew Morrow.  The Court retains plaintiff's claims of unlawful arrest, excessive force and intentional infliction of emotional distress against this defendant.  This is a Final Judgment.

SIGNED AND ENTERED this 25th day of January, 2006.

*Janis Graham Jack*
_____
Janis Graham Jack
United States District Judge