```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION

ERIC A. GONZALES,              §
                               §
     Plaintiff,                §
                               §
vs.                            §    C.A. NO. C-05-280
                               §
CITY OF CORPUS CHRISTI,        §
et al,                         §
                               §
     Defendants.               §
```

**ORDER**

On this day the Court held a telephone conference in the above-styled action. At this conference the Court made the following orders:

1. The Court GRANTS Plaintiff's oral motion to clarify his complaint to allege that Plaintiff was a pretrial detainee for the purposes of the Fourteenth Amendment;

2. The City of Corpus Christi ("City") will produce all sustained, unsustained, and pending complaints against Officer Matthew Morrow along with an agreed protective order;

3. The City will also produce all internal affairs files for complaints of excessive force, improper arrest, and abuse of police authority within the last five (5) years, along with an agreed protective order and an explanation of how it defines these categories. Plaintiff shall not contact any person mentioned in these files without first coming to this Court for permission; and

-2-

4.  Plaintiff will make his expert available for deposition within seven (7) days after the above discovery is provided to the Plaintiff.

SIGNED and ENTERED this 17th day of February, 2006.

_____
Janis Graham Jack
United States District Judge