C

# NUECES COUNTY
## Mental Disability/Suicide Intake Screening

NAME  Gonzales, Eric    DATE OF BIRTH 3/1/79

STATE ID # ____    DATE 6/3/04    COMPLETED BY Dame[?]

☞ Was inmate a medical, mental health, or suicide risk during any prior contact or confinement with department? Yes ___ No ✓  If Yes, when? ___

☞ Does arresting or transporting officer believe that the inmate is a medical, mental health, or suicide risk? Yes ___ No ✓

| QUESTIONNAIRE FOR DETAINEE | | OBSERVATION QUESTIONS | |
|---|---|---|---|
| 1. Have you ever received MHMR services or other mental health services? | Yes  No | 6. Does the individual act or talk in a strange manner? | **Yes**  No |
| 2. Do you know where you are? | Correct  Incorrect | 7. Does the individual seem unusually confused or preoccupied? | Yes  No |
| 3. What season is this? | Correct  Incorrect | 8. Does the individual talk very rapidly or seem to be in an unusually good mood? | Yes  No |
| 4. How many months are there in a year? | Correct  Incorrect | 9. Does the individual claim to be someone else like a famous person or fictional figure? | Yes  No |
| 5. (a) Sometimes people tell me they hear noises or voices that other people don't seem to hear. What about you? (b) If yes, ask for an explanation: "What do you hear?" | Yes  No | 10. (a) Does the individual's vocabulary (in his/her native tongue) seem limited? (b) Does the individual have difficulty coming up with words to express him/herself? | Yes  No   Yes  No |

## SUICIDE RELATED QUESTIONS / OBSERVATIONS

| | | | |
|---|---|---|---|
| 11. (a) Have you ever attempted suicide? (b) Have you ever had thoughts about killing yourself? If yes, when? ___ Why? ___ How? ___ | Yes  No   Yes  No | 14. When not on drugs or drinking, have you ever gone for days without sleep or had a long period in your life when you felt very energetic or excited? | Yes  No |
| 12. Are you thinking about killing yourself today? | Yes  No | 15. Have you experienced a recent loss or death of family member or friend or are you worried about major problems other than your legal situation? | Yes  No |
| 13. (a) Have you ever been so down that you couldn't do anything for more than a week? (If no, go to 14) (b) Do you feel this way now? | Yes  No   Yes  No | 16. Does the individual seem extremely sad, apathetic, helpless, or hopeless? | Yes  No |

COMMENTS  Unable to question - Uncooperative

A SINGLE INAPPROPRIATE RESPONSE, EXCEPT AS APPROPRIATE IN A.3, INDICATES ADDITIONAL EVALUATION RECOMMENDED.

TCJS/MD/S/8/97