D

## ACCEPTANCE

Inmate name: Gonzalz Eric

Arresting Agency: CCPD

D.O.B. 3-1-29 (85)

Time notified 1635 Booked? Y OR (N)

Chief complaint: ADDH  HTN

CRd yon inquires - Swelling to upper eye lids - abrasion to nose bridge - Stph one tooth broken - ice bag to eyelids

(Y) or N  Is inmate conscious?
Y or (N)  Was inmate accepted without medical approval?

(Y) or N  Able to walk or stand?
Y or (N)  Is the inmate lethargic?
Y or (N)  Pain, bleeding or any emergency care needed?
Y or (N)  Has the inmate been in recent accident?
Y or (N)  Does the i/m appear mentally ill? unkept? acting out?
Y or (N)  Does i/m have present/past history of suicide attempts?
  Denied

## NURSING ASSESSMENT

Vital signs Temp_____ Pulse 85 Resp 20 Blood pressure 193/105 PulseOx_____

was very agitated and angry.

ALLERGIES NKA

Medical History: ADDH - ORdp HTN -

BP rechecked 199/99 P68 90

Medications: Buy Xanax off the estruts -

Last dose of medications 6/3/04
Street drugs/ alcohol use_____ Denied

Dr. name_____ phone#_____ Pharmacy_____

[ ] call ambulance
[ ] Have patient taken to Spohn Memorial Hospital by admitting agency
[ ] Have admitting agency take i/m to triage for mental illness at Spohn Memorial Hospital
[✓] Accept inmate followup appointment to sick call
[ ] Contact Health Authority for advisement
[ ] Nursing Planning/Implementations:_____ Officer notified:_____

Nurse Signature Ol C. alvina  Date 06-03-04  Time 16:35

I'M Signature Eiii Gongob  Date_____  06·03·04  Time 16:35