E

# USE OF RESTRAINT INJURY REPORT
## SUPPLEMENTAL

DATE: 6-3-04

Subject Name: Gonzalez Eric  SID:    D.O.B.: 3-2-79

On June 6, 2004 @ approx 1530 hrs, While working in the Booking area I heard a loud bang coming from behind me, Holding Cell #12. at this Point I noticed an inmate Banging the handset Phone against the Phone Box I could see the wires being exposed. at this point I called out to the officers for assistance to go in the holding cell to stop inmate Eric Gonzalez from breaking the phone. at this point when we open the Holding cell door we instructed him to lay down on the floor several times which he refused to comply. at this point inmate was placed in Handcuff and legirons's. At this Point I walk out of Holding cell to get fresh air due to inmate Body odor. When I walk back inside Hold cell #12 I noticed that his upper eye lid was swollen. The medical Dept (Clima) was there to evaluate the inmate condition. After the medical Dept clear him we clear the Holding cell.

Officer: [signature] #3410