F

# USE OF RESTRAINT / INJURY REPORT
## SUPPLEMENTAL

DATE: 6/3/04

Subject Name: Gonzales, Eric    SID: —    D.O.B.: 3/1/79

On 6 June 2004, at approximately 1535, CCPD Officer M. Goce #0280, brought prisoner Eric Gonzales (3-1-79) to the Nueces County Jail for the charge of resisting search. Upon arriving to the County Jail, I heard Gonzales arguing with Officer Goce. I could see that Gonzales was refusing to enter the intake area. As I approached the outer intake area, I heard Gonzales yell out, "Fuck you! I'm not going in!" I then asked Gonzales what the problem was. Gonzales stated that the Officers that arrested him had beaten him up and kept his cigarettes. I then explained to Gonzales that tobacco was contraband in this facility and that he was not allowed to have it. I then instructed Gonzales to step inside and face the wall. As I was patting down Gonzales, he was accusing me of beating him up when he got arrested. I then explained to Gonzales that I did not arrest him, and that he was dealing with a different agency now. Gonzales was then escorted to the screening room. Medic I. Cabrera then attempted to check Gonzales condition. Gonzales then refused medical attention. Next, Officer C. Casares and I escorted Gonzales to holding cell twelve. Gonzales then began kicking and punching the cell door. Following this, I returned to the property room and resumed inprocessing inmates at the window. Approximately three minutes later, I heard someone calling my name saying that the inmate in cell twelve

Officer: J. Escobedo
J. ESCOBEDO
7347
NC0760

pg 1 of 3

# USE OF RESTRAINT / INJURY REPORT
## SUPPLEMENTAL

DATE: 6/3/04

Subject Name: Gonzales, Eric    SID: —    D.O.B.: 3/1/79

was banging on the telephone. Upon arriving at cell twelve, Officer D. Garza had already opened the cell door and entered the cell. Officer Garza then told Gonzales to place his hands behind his back. Gonzales then became combative and resisted Officer Garza. Officer Garza and Gonzales then began struggling and fell to the floor. I then held Gonzales shoulders secured to the ground as leg restraints and handcuffs were applied. As I was holding Gonzales down, he began spitting blood onto the floor. I then held Gonzales head in place so that he would not spit on me. I also advised Gonzales that if he did spit on me, he would be charged with a felony. I then told Gonzales to stop resisting and place his hands behind his back. Gonzales then stated, "Fuck you motherfuckers!" Officers C. Gomez and Casares then applied leg irons to Gonzales ankles. Officer Garza then applied handcuffs behind Gonzales back. LT. B. Hinojosa then arrived and was notified of the situation. Medic I. Cabrera was then notified to check restraints. After medic Cabrera cleared the restraints, he was asked if he wanted medical attention. Gonzales then refused two times after being asked. As per LT Hinojosa, Gonzales was left in cell twelve. At approximately 1620, LT Hinojosa asked Gonzales if he wanted the medic to check his condition. Gonzales then agreed and was escorted to the screening room. At this time, I noticed that Gonzales had two swollen

Officer: J. Escobedo

pg 2 of 3

J. ESCOBEDO
7347
NC0760

# USE OF RESTRAINT / INJURY REPORT
## SUPPLEMENTAL

DATE: 6-3-04

Subject Name: GONZALES, Eric  SID: —  D.O.B.: 3/1/79

eyelids, a scratch on his nose, and was bleeding from his mouth. After being checked by medic Cabrera, Gonzales was escorted back to cell twelve without further incident.

Nothing follows

Officer: J. Escobedo
7347
NC0760

pg 3 of 3