## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC A. GONZALES, | § |
| | § |
|     Plaintiff, | § |
| | § |
| vs. | §    C.A. NO. C-05-280 |
| | § |
| CITY OF CORPUS CHRISTI, et al, | § |
| | § |
|     Defendants. | § |

### ORDER

On this day came on to be considered Plaintiff's oral motion for an order compelling Defendants Corpus Christi, Escobedo, Garza, and Cabrera to disclose written reports for their designated experts. These experts, however, have not been retained or specially employed to provide expert testimony and thus are exempt from the requirement of a written report. Fed. R. Civ. P. 26(a)(2)(B); Hamburger v. State Farm Mut. Auto. Ins. Co., 361 F.3d 875(5th Cir. 2004)(stating that "the requirement of a written report . . . applies only to those experts who are retained or specially employed to provide such testimony in the case"); Musser v. Gentiva Health Services, 356 F.3d 751, 756-57 (7th Cir. 2004); Gomez v. Rivera Rodriguez, 344 F.3d 103, 112-13 (1st Cir. 2003). Therefore, Plaintiff's motion is DENIED.

SIGNED and ENTERED this 4th day of April, 2006.

_____
Janis Graham Jack
United States District Judge