United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

F I L E D
March 14, 2007

Charles R. Fulbruge III
Clerk

No. 06-41094
Summary Calendar

D.C. Docket No. 2:05-CV-280

United States Courts
Southern District of Texas
FILED

APR 17 2007

Michael N. Milby, Clerk of Court

ERIC A GONZALES

          Plaintiff - Appellant

v.

H E BUTT GROCERY CO; H E B GROCERY COMPANY LP;
GENERAL PARTNER HEBCO GP; IRMA CABRERA

          Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 0 5 2007

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: ＿＿＿＿＿＿＿＿＿＿＿＿
          Deputy

New Orleans, Louisiana APR 0 5 2007